

# Department of Law
*Monroe County, New York*

**Cheryl Dinolfo**
*County Executive*

**Michael E. Davis**
*County Attorney*

*UNITED STATES DISTRICT COURT
FILED
DEC 15 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY*

**VIA FACSIMILE ONLY**

December 15, 2017

Hon. Elizabeth A. Wolford
Keating Federal Building
100 State Street
Rochester, New York 14614

RE: Marotta v. County of Monroe
    6:14-cv-06310

Dear Judge Wolford:

I am writing on behalf of the parties to request a one week extension of time to file the stipulation discontinuing action in this case. Ms. Lukasiewicz and I are finalizing the language for the Release and Settlement Agreement and it has taken longer than expected. We are requesting that the Court's Order be modified to state that the stipulation discontinuing action must be filed on or before December 22, 2017.

Thank you for your consideration of this request.

Very truly yours,

Michele Romance Crain
Senior Deputy County Attorney
Tel. 585.753.1433
Fax. 585.324.1393
mcrain@monroecounty.gov

MRC
xc. Jessica Lukasiewicz

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge

Date 12-15-17