UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARI MAROTTA<br><br>                       *Plaintiff,*<br><br>v.<br><br>MONROE COUNTY (MONROE COMM. HOSPITAL),<br><br>                       *Defendant.* | Stipulation and Order of Settlement<br>Case No. 14-CV-6310[EAW] |

**ORDER & STIPULATION DISCONTINUING ACTION [FRCP Rule 41]**

    **WHEREAS,** no receiver has been appointed in this action; and

    **WHEREAS,** this is not a class action; and

    **WHEREAS,** the defendant denies the allegations contained in the Plaintiff's Complaint and discovery responses and amendments to those papers; and

    **WHEREAS,** the defendant denies liability, culpability, fault, malfeasance, misfeasance and nonfeasance; but

    **WHEREAS,** the defendant is desirous of resolving this action without incurring additional litigation costs, disbursements, expenses and expert witness fees;

    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all of the parties that have appeared in the above entitled action, that:

    1.    The above-entitled action be discontinued without costs to either party against the other.

IT IS SO ORDERED.

_____
Hon. Elizabeth A. Wolford
United States District Court for the
Western District of New York

Dated: December   , 2017
At:    Rochester, New York